# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**RUDOLPH BETANCOURT,**

    **Plaintiff,**

CASE NO.: 0:22-cv-61728-AMC

v.

**PALLAR, L.C. and**
**EPIC RESTAURANT GROUP, INC.,**
**d/b/a OCEANS 234,**

    **Defendants.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RUDOLPH BETANCOURT, ("Plaintiff"), and Defendants, PALLAR, L.C. and EPIC RESTAURANT GROUP, INC., d/b/a OCEANS 234 ("collectively referred to herein as "Defendants"), (collectively, "the Parties"), through their undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned action, with each party to bear their own fees and costs except as otherwise set out in the settlement agreement between the parties.

Dated: March 16, 2023.

                                                  Respectfully submitted,

                                                */s/ Glenn R. Goldstein*
                                                Glenn R. Goldstein

Florida Bar No. 55873
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Suite 504
Miami, FL 33138
Telephone: (305) 900-2373
Email: GGoldstein@G2Legal.net

*/s/ Lauren N. Wassenberg*
Lauren N. Wassenberg
Florida Bar No. 34083
Lauren N. Wassenberg & Associates P.A.
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
Telephone: (561) 571-0646
Email: WassenbergL@gmail.com
*Attorneys for Plaintiff*

*/s/ Kevin D. Johnson*
Kevin D. Johnson
Florida Bar No. 0013749
Christopher M. Bentley
Florida Bar No. 0052616
JOHNSON JACKSON PLLC
100 N. Tampa Street, Suite 2310
Tampa, FL 33602
Telephone: (813) 580-8400
Facsimile: (813) 580-8407
Email: kjohnson@johnsonjackson.com
cbentley@johnsonjackson.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed on March 16, 2023 using the CM/ECF system, a copy of which will be sent electronically to all parties of record.

/s/ Kevin D. Johnson
Attorney